

## IN THE
## TENTH COURT OF APPEALS

### No. 10-14-00325-CV

**RR PRINCE RANCH SWD LTD.,**

**Appellant**

v.

**WILLIAM O. WILEY, SHIRLEY WILEY
AND WILLIAM O. WILEY D/B/A WEN-BE,**

**Appellees**

**From the 369th District Court
Leon County, Texas
Trial Court No. NOT-14-12**

### O R D E R

RR Prince Ranch SWD Limited's Motion for Reconsideration En Banc is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Motion denied
Order issued and filed August 13, 2015

